IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL R. PARDUE, | ) |
| Petitioner, | ) |
| vs. | ) CIVIL ACTION NO. 13-0131-CG-M |
| CHERYL PRICE, | ) |
| Respondent. | ) |

ORDER

After due and proper consideration of all pleadings in this file, and a de novo determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is **ORDERED** that this petition is **DENIED** and that this action is **DISMISSED** so that Petitioner can exhaust his state remedies. It is further **ORDERED** that any motion for certificate of appealability filed by Petitioner be **DENIED** as he is not entitled to appeal in forma pauperis.

**DONE and ORDERED** this 31st day of May, 2013.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE